UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO


IYAD DOGMUSH,                          )     CASE NO. 4:08 CV 1219
                                       )
          Petitioner,                  )     JUDGE CHRISTOPHER A. BOYKO
                                       )
      v.                               )
                                       )     JUDGMENT ENTRY
WARDEN GUNJA,                          )
                                       )
          Respondent.                  )


          This Court having contemporaneously filed its Memorandum
of Opinion in this case, it is therefore ORDERED that this action
is dismissed.  Further, the court certifies, pursuant to 28 U.S.C.
§ 1915(a)(3), that an appeal from this decision could not be taken
in good faith.


                              S/Christopher A. Boyko
                              CHRISTOPHER A. BOYKO
                              UNITED STATES DISTRICT JUDGE


July 11, 2008